IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SKIPPRINT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:14-cv-09071 |
| | ) | |
| v. | ) | Judge Gary Feinerman |
| | ) | |
| RR DONNELLEY & SONS CO., AND | ) | Jury Trial Demanded |
| CONSOLIDATED GRAPHICS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff SkipPrint, LLC ("SkipPrint") and Defendants RR Donnelly & Sons Company and Consolidated Graphics, Inc. (together, "RRD") file this Joint Stipulation of Dismissal, and would respectfully show the Court as follows:

1. On November 12, 2014, SkipPrint filed this patent infringement action under 35 U.S.C. § 271 against RRD for direct and indirect infringement of United States Patent Nos. 6,076,080; 5,953,702; 5,666,493; 7,050,995; 7,058,596; 8,072,641; 7,706,016; 7,298,516; and 8,694,518. (Dkt. No. 1.)  Plaintiff SkipPrint filed its First Amended Complaint against RRD on January 29, 2015 to add a count under 35 U.S.C. § 271 against RRD for direct and indirect infringement of United States Patent No. 5,963,641. (Dkt No. 24.)  Defendant RRD filed its Answers and Counterclaims against SkipPrint on January 5, 2015 and February 17, 2015.  (Dkt Nos. 20, 26.)

2. On June 18, 2015, SkipPrint and RRD entered into a Settlement Agreement. Pursuant to the terms of the Settlement Agreement, the parties agreed to dismiss, with prejudice, all claims and counterclaims asserted between SkipPrint and RRD in this action, with

each party to bear its own attorneys' fees and costs.

    3. Accordingly, Plaintiff SkipPrint and Defendant RRD hereby stipulate to the dismissal of this case, with prejudice, and respectfully request that the Court enter an Order dismissing this case. A proposed Order is contemporaneously submitted to the Court via email to Proposed_Order_Feinerman@ilnd.uscourts.gov.

Date: June 29, 2015

| | |
|---|---|
| *By: /s/ Timothy E. Grochocinski*<br>Timothy E. Grochocinski (# 6295005)<br>Joseph Oldaker (#6295319)<br>NELSON BUMGARDNER, P.C.<br>15020 S. Ravinia Ave. Suite 29<br>Orland Park, Illinois 60462<br>P. 708.675.1975<br>F. 708.675.1786<br>tim@nelbum.com<br>joseph@nelbum.com<br><br>Joseph K. Liu (Bar No. 216227)<br>Nate L. Dilger (Bar No. 196203)<br>ONE LLP<br>4000 MacArthur Blvd., Suite 500<br>East Tower<br>Newport Beach, CA. 92660<br>Telephone: (949) 502-2875<br>Facsimile: (949) 258-5081<br>jliu@onellp.com<br>ndilger@onellp.com<br><br>*Attorneys for SkipPrint, LLC* | *By: /s/ James R. Nuttall*<br>James R. Nuttall (# 6248535)<br>John L. Abramic (# 6274445)<br>Daniel S. Stringfield (# 6293893)<br>Thomas A. Rammer (#6297479)<br>STEPTOE & JOHNSON, LLP<br>115 South LaSalle Street<br>Chicago, IL 60603<br>Tel: (312) 577-1300<br>Fax: (312) 577-1370<br>jnuttall@steptoe.com<br>jabramic@steptoe.com<br>dstringfield@steptoe.com<br>trammer@steptoe.com<br><br>*Attorneys for RR Donnelley & Sons Company and Consolidated Graphics, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2015, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to all registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

      By: */s/ Timothy E. Grochocinski*
      Timothy E. Grochocinski